**AFFIRM; Opinion Filed June 6, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00826-CR
No. 05-12-00827-CR
No. 05-12-00828-CR

**KENDRICK DEVAUGHN JOHNSON A/K/A KEDRICK DEVAUGHN JOHNSON,**
**Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-56049-Q, F03-52618-Q, F04-20389-Q**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Evans
Opinion by Justice Evans

Kendrick Devaughn Johnson a/k/a Kedrick Devaughn Johnson[1] appeals his conviction,

following the adjudication of his guilt, for two aggravated assault offenses and one unlawful

possession of a firearm by a felon (UPFF) offense. *See* TEX. PENAL CODE ANN. §§ 22.02(a),

46.04(a) (West 2011 & Supp. 2012). The trial court assessed punishment at twenty years'

imprisonment for each aggravated assault and ten years' imprisonment for UPFF. On appeal,

---

[1] The clerk's record in cause no. 05-12-00826-CR, shows appellant was indicted and convicted under the name Kendrick Devaughn Johnson. However, in cause nos. 05-12-00827-CR and 05-12-00828-CR, the clerk's records show appellant was indicted and convicted under the name Kedrick Devaughn Johnson.

appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

Appellant filed a pro se response raising several issues. Our duty in reviewing an Anders brief is to determine whether there are any arguable grounds for appeal and, if so, remand the case to the trial court so new counsel may be appointed to address those issues. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005). After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120826F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENDRICK DEVAUGHN JOHNSON
A/K/A KEDRICK DEVAUGHN
JOHNSON, Appellant

No. 05-12-00826-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-56049-Q).
Opinion delivered by Justice Evans,
Justices Moseley and Lang participating.

    Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 6, 2013.

/David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENDRICK DEVAUGHN JOHNSON
A/K/A KEDRICK DEVAUGHN
JOHNSON, Appellant

No. 05-12-00827-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F03-52618-Q).
Opinion delivered by Justice Evans,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 6, 2013.

/David Evans/
DAVID EVANS
JUSTICE

-4-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENDRICK DEVAUGHN JOHNSON
A/K/A KEDRICK DEVAUGHN
JOHNSON, Appellant

No. 05-12-00828-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F04-20389-Q).
Opinion delivered by Justice Evans,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 6, 2013.

/David Evans/
DAVID EVANS
JUSTICE